UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARISE NICHELLE ALLEN,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Defendant. | Case No. 17-cv-03384-SI<br><br>**JUDGMENT** |

The Court has granted in part and denied in part plaintiff's motion for summary judgment and denied defendant's cross-motion for summary judgment. This action has been remanded to the Commissioner of Social Security for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 11, 2018

_____
SUSAN ILLSTON
United States District Judge