UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARISE NICHELLE ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | Case No. 17-cv-03384-SI<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND EAJA BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 35 |

Defendant filed has filed a motion requesting an extension of the deadline to respond to plaintiff's motion for attorney's fees under the Equal Access to Justice Act. Docket No. 35. Defendant's response is currently due December 24, 2018. Defendant asks that the deadline be extended to January 21, 2019. Defendant states that plaintiff's counsel indicated she was not inclined to stipulate to an extension. *Id.* at 1.

The Court has reviewed the motion and will GRANT IN PART defendant's request for an extension. **Defendant's response is due January 14, 2019. Plaintiff's reply is due January 21, 2019.**

**IT IS SO ORDERED**.

Dated: December 21, 2018

SUSAN ILLSTON
United States District Judge